**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

DEBRA PEEL                                                                                                    PLAINTIFF

v.                                            4:16CV00224-JM-JJV

JACKSON COUNTY
SHERIFF DEPARTMENT, *et al.*                                                                DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Defendants Jackson County Sheriff Department, Arkansas Department of Correction, and Newport Fire Department are DISMISSED with prejudice from this action.

DATED this 13th day of July, 2016.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE