IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DEBRA PEEL                                                                                                PLAINTIFF

v.                                              4:16CV00224-JM-JJV

JACKSON COUNTY SHERIFF
DEPARTMENT; *et al.*[1]                                                                       DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects, except for the recommendation to dismiss Defendant Doe. The Court will allow Plaintiff's appointed attorney additional time to determine the identity of Defendant Doe if possible.

IT IS, THEREFORE, ORDERED that:

1.   Plaintiff's claims against Defendant Aikens are dismissed with prejudice.

2.   The Clerk shall amend the docket sheet to correct Defendant's name as Deputy Warden Tami J. Aikens.

3.   The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 25th day of October, 2016.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Defendant has clarified her name is Deputy Warden Tami J. Aikens. The Clerk of Court shall amend the docket to reflect the correct spelling of Defendant's name.