**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

DEBRA PEEL                                                                                                          PLAINTIFF

v.                                              4:16CV00224-JM-JJV

JACKSON COUNTY SHERIFF
DEPARTMENT; *et al.*                                                                                       DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      Defendant McCoy's Motion for Partial Summary Judgement (Doc. No. 40) is GRANTED and Defendant McCoy is DISMISSED without prejudice.

2.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 31st day of January, 2017.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE