IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DEBRA PEEL                                                                                                PLAINTIFF

v.                                              4:16CV00224-JM-JJV

JACKSON COUNTY SHERIFF
DEPARTMENT; *et al.*                                                                         DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion to Dismiss (Doc. No. 55) is GRANTED;

2. Defendants Lucas and Smith are DISMISSED without prejudice;

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 6th day of April, 2017.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE