# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DEBRA PEEL                                                                                           PLAINTIFF

v.                                    4:16CV00224-JM-JJV

JACKSON COUNTY SHERIFF
DEPARTMENT; *et al.*                                                                                 DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The Clerk amend the docket to reflect Defendant Melanie Jones-Foster's full name. (Doc. No. 34 at 1.)

2. Defendant Jones's Motion for Summary Judgment (Doc. No. 71) is GRANTED.

3. Plaintiff's claims against Defendant Jones are DISMISSED with prejudice.

4. Defendant Jones's Motion to Dismiss (Doc. No. 77) also is GRANTED.

5. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations would not be taken in good faith.

DATED this 21st day of August, 2017.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE