IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DEBRA PEEL                                                                PLAINTIFF

V.                           4:16CV00224 JM

JACKSON COUNTY SHERIFF
DEPARTMENT, et al.,                                                    DEFENDANTS

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached between the parties, the Court finds the case should be dismissed. The Complaint and all claims against the Defendants are hereby dismissed with prejudice. The motion to dismiss (ECF No. 86) is GRANTED.

IT IS SO ORDERED this 27th day of September, 2017.

_____
James M. Moody, Jr.
United States District Judge